# EXHIBIT A

▶ YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Aam60DLYnIg
- http://www.youtube.com/watch?v=QsY9nmsTFos
- http://www.youtube.com/watch?v=Wz-oRt7kw5s
- http://www.youtube.com/watch?v=XJTi91J6kOo
- http://www.youtube.com/watch?v=by01qZhTCDg
- http://www.youtube.com/watch?v=cOdV1gqxbL8
- http://www.youtube.com/watch?v=d8sg9LxQzGs
- http://www.youtube.com/watch?v=n9S6e8w6aRk
- http://www.youtube.com/watch?v=oIs_pw5tSTE
- http://www.youtube.com/watch?v=pOkK8PrGb8k

Display name of uploader: MADforliveMUSIC

Estimado equipo YouTube,

Mi nombre es Eric Guillermo Madroñal Garrone, con DNI 70075833-P y domicilio en Madrid, en calle Nuestra Señora del Villar no.5, con código postal 28017 y número de teléfono +34658756938.

Contactó con ustedes en calidad de propietario y fundador del canal YouTube.com/MADforliveMUSIC debido a una acumulación de faltas por incumplimiento de derechos de autor erróneas, según mi criterio, y ante una amenaza de cierre del mismo en un máximo de siete días.

Los vídeos citados son en su conjunto contenido 100% original y de autoría propia, no constituyendo por tanto infracción o falta respecto al uso de contenido de terceros.

Añadido a esto, el canal en cuestión, creado en 2012 y activo desde 2016, tiene el único fin de divulgar la cultura