# EXHIBIT B

Dear YouTube team,

My name is Eric Guillermo Madroñal Garrone, with ID number 70075833-P and residing in Madrid, at Calle Nuestra Señora del Villar No. 5, with postal code 28017, and phone number +34658756938.

I am contacting you as the owner and founder of the YouTube channel YouTube.com/MADforliveMUSIC due to an accumulation of wrongful copyright infringement claims, in my opinion, and facing a threat of closure within a maximum of seven days.

The cited videos are collectively 100% original content and my own creation, thus not constituting infringement or violation regarding the use of third-party content.

Furthermore, the aforementioned channel, created in 2012 and active since 2016, serves the sole purpose of disseminating musical culture and providing all relevant information in the field, covering the start of worldwide tours by the most relevant artists, festivals, and/or various concerts, already boasting a community of over 33,000 subscribers.

Our activity is also protected by the Constitution of our nation, Spain, specifically in Article 20.2, which expressly states: "the exercise of the rights to freedom of expression, artistic creation, and information cannot be restricted by any form of prior censorship."

The removed videos also cover the start of the worldwide tour of Puerto Rican reggaeton artist Bad Bunny, with this being his first date out of the 47 planned across North America, constituting in itself a newsworthy event of high public interest and significant informative scope. In my opinion, the artist also benefits from the dissemination of the content in his own promotion, as his show is carefully captured, conveying the reality of the moment without alterations or post-production in the content.

For all these reasons, I make legitimate use of the content without intent to offend or harm third parties. This claim also constitutes a serious detriment to my informative and outreach activities, and those of our network of collaborators, as agencies, media outlets, and various publications such as different magazines also rely on our content to produce their reports.

Therefore, I kindly request you to consider this counter-notification and I ask for the reinstatement of the videos as soon as possible.

"I submit to the jurisdiction of the Federal District Court of the district to which my address belongs or, if my residence is outside the United States, to the judicial district where YouTube is located, and acknowledge receipt of the claimant's legal notification."
"I swear under penalty of perjury that, to the best of my knowledge, the material has been removed or access to it has been prevented due to an error or misidentification of said material."
Signed: ERIC GUILLERMO MADROÑAL GARRONE