**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
   jpjassy@jassyvick.com
JEFFREY A. PAYNE, Cal. Bar No. 279034
   jpayne@jassyvick.com
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Telephone:   310-870-7048
Facsimile:   310-870-7010

Attorneys for Plaintiff
Benito Antonio Martinez Ocasio p/k/a
Bad Bunny

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BENITO ANTONIO MARTINEZ OCASIO p/k/a Bad Bunny,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GUILLERMO MADRONAL GARRONE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | **Case No. 3:24-cv-1442**<br><br>**PLAINTIFF'S CIVIL L.R. 3-15 CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

     Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

-1-

1. Rimas Entertainment LLC, which is Plaintiff Benito Antonio Martinez Ocasio's record label.

2. Rismar Publishing, LLC, which is Plaintiff's publishing company.

Dated: March 8, 2024

**JASSY VICK CAROLAN LLP**

_____

**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
JEFFREY A. PAYNE, Cal. Bar No. 279034
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Telephone:   310-870-7048
Facsimile:   310-870-7010

Attorneys for Plaintiff
Benito Antonio Martinez Ocasio p/k/a
Bad Bunny