**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
   jpjassy@jassyvick.com
JEFFREY A. PAYNE, Cal. Bar No. 279034
   jpayne@jassyvick.com
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Telephone:   310-870-7048
Facsimile:   310-870-7010

Attorneys for Plaintiff
Benito Antonio Martinez Ocasio p/k/a
Bad Bunny

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| BENITO ANTONIO MARTINEZ OCASIO p/k/a Bad Bunny,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GUILLERMO MADRONAL GARRONE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:24-cv-1442-SK<br><br>Hon. Sallie Kim<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Benito Antonio Martinez Ocasio, p/k/a Bad Bunny hereby dismisses this action without prejudice under Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), because the infringing videos identified in Plaintiff's Complaint (ECF No. 1) have been removed from YouTube and Plaintiff understands that the videos will not be reinstated.

/ / /

/ / /

1   Plaintiff reserves the right to refile this action if any one or more of the infringing videos
2 are reinstated or otherwise re-uploaded online in any capacity (including but not limited to
3 YouTube, online websites, social media, etc.).

Dated: April 11, 2024

**JASSY VICK CAROLAN LLP**

_____

**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
JEFFREY A. PAYNE, Cal. Bar No. 279034
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Telephone:    310-870-7048
Facsimile:    310-870-7010

Attorneys for Plaintiff
Benito Antonio Martinez Ocasio p/k/a
Bad Bunny